IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | ) |
|---|---|
|  | ) |
| v. | )  Criminal Action No. 08-05 |
|  | ) |
| TERRENCE ROSS, | ) |
|  | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, TERRENCE ROSS, as a result of the Indictment returned against him on January 10, 2008.



FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: January 10, 2008

AND NOW, this 10th day of January, 2008, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Terrence Ross.

_____
United States Magistrate Judge