IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-05 |
| | ) |
| TERRENCE ROSS, | ) |
| | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 10, 2008, the defendant, Terrence Ross was indicted on charges of possession with intent to distribute over 50 grams of crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A); possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1).

2. Terrence Ross (d.o.b.        1970) is currently a pretrial detainee on various State offenses at the Delaware Correctional Center, Smyrna.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for January 31, 2008, at 1:00 pm.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for the Delaware Correctional Center, Smyrna, to bring the said defendant, Terrence Ross, before this Court on January 31, 2008, at 1:00 p.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

COLM F. CONNOLLY
United States Attorney

By: _____
Hana H. Eisenstein
Assistant United States Attorney

Dated: January 15, 2008

**IT IS SO ORDERED** this 15th day of January, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court