IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TERRENCE ROSS )<br>a/k/a/ "Turkman" )<br>Defendant. ) | Criminal Action No. 08-05-SLR |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendants, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    _X_ Maximum sentence life imprisonment or death

    _X_ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Minor victim; <u>possession or use of firearm</u>, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant(s) committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __3__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __31st__ day of __January__, 2008.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

    BY: _____
        Ilana H. Eisenstein
        Assistant United States Attorney