UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      vs.                      )   CASE NO. 08-05-SLR
                               )
Terrence Ross,                 )
                               )
            Defendant.         )

## O R D E R

The defendant, upon entering a plea of not guilty to the
Indictment on FEBRUARY 4TH, 2008 requested, through counsel,
additional time to file pretrial motions. The Court having
considered the request, it is **ORDERED** that the deadline for the
defendant to file pretrial motions is extended until *March 7, 2008*
The time between the date of this order and  *March 7, 2008*
shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161
et, seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney