IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-005-SLR |
| ) | |
| TERRENCE ROSS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 10th day of March, 2008,

IT IS ORDERED that a telephonic status conference is scheduled to commence on **Tuesday, March 25, 2008** at **11:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **March 25, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

United States District Judge