IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-005-SLR |
| | ) |
| TERRENCE ROSS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 24th day of March, 2008, due to the court's illness;

IT IS ORDERED that the telephonic status conference scheduled for **March 25, 2008** is **rescheduled** to commence on **Wednesday, April 2, 2008** at **11:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **April 2, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge