IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-005-SLR |
| ) | |
| TERRENCE ROSS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 2d day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Wednesday, April 30, 2008 at 4:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **April 30, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

IT IS FURTHER ORDERED that plaintiff shall file its response to defendant's motion (D.I. 14) by **April 16, 2008** and defendant may file a reply by **April 28, 2008**.

_____
United States District Judge