# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
|     Plaintiff, | § |
| | §   CRIMINAL ACTION NO. 08-05-SLR |
| v. | § |
| | § |
| TERRENCE ROSS, | § |
|     Defendant. | § |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE.

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **TERRENCE ROSS** who is now detained and imprisoned in the **SUSSEX CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **TERRENCE ROSS** was charged with POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE, et al., a violation of Title 21, et al., U.S. Code, Section 841(a)(1)(b)(1)(A), et al., for an **INITIAL APPEARANCE on THURSDAY, JANUARY 31ST, 2008 at 1:00 P.M.** and to remain in the custody of the U.S. Marshal until the federal charges are resolved.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 17TH day of January, 2008.

**CERTIFIED:** 1/22/08  
**AS A TRUE COPY:**  
    **ATTEST:**  
**PETER T. DALLEO, CLERK**  
**BY** _Beth Jum_____  
    **Deputy Clerk**

PETER T. DALLEO, CLERK

By: _____  
    Deputy Clerk

**U.S. MARSHALS RETURN**

I have partially/fully executed this Writ by taking Custody of the within named

Terrance Ross

And transported him/her to

fed Court

On 4/1/08

David W. Thomas
United States Marshal, D/Delaware
By: _____
Deputy Marshal

2008 APR -7 AM 8:53
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE