IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-05-SLR |
| | : | |
| TERRENCE ROSS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

In response to Defendant's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this __30th__ day of __April__, 2008, that Mr. Ross' evidentiary hearing be re-scheduled for the __19th__ day of __May__, 2008, at __3:30__ a.m./(p.m.,) and that the time from April 30, 2008 up to the day of the re-scheduled evidentiary hearing shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
HONORABLE SUE L. ROBINSON
United States District Court