IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-005-SLR |
| ) | |
| TERRENCE ROSS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 19th day of May, 2008,

IT IS ORDERED that:

1. An evidentiary hearing is scheduled for **Monday, June 30, 2008 at 8:30 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Plaintiff shall submit to the court signed and dated copies of the medical examiner's reports on or before **June 30, 2008.** Plaintiff's failure to submit the above will result in a dismissal of the corresponding charges.

3. The time between this order and the **June 30, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge