

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building   (302) 573-6277
1007 Orange Street, Suite 700   FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

June 30, 2008

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   **United States v. Terrence Ross**
      **Crim. Action No. 08-05-SLR**

Dear Judge Robinson:

In accordance with this Court's order dated May 19, 2008, attached is a signed and dated copy of the medical examiner report in the above captioned matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Enclosure

cc:   Eleni Kousoulis, Esquire
      Clerk, U.S. District Court



**DELAWARE HEALTH AND SOCIAL SERVICES**

OFFICE OF CHIEF MEDICAL EXAMINER
FORENSIC SCIENCES LABORATORY

Richard T. Callery, M.D., F.C.A.P.
Chief Medical Examiner
Director, Forensic Sciences Laboratory

Page 1 of 1

## Controlled Substances Laboratory Report
## CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Laboratory Case No.:** | CS 07-1736(A-F) | **Police Complaint No:** | 0507300344 |
| **Case Name(s):** | ROSS, Terrance | **Alias:** | |
| **Agency:** | DSP Troop 4 | **Received from:** | Kelley Georgi |
| **County:** | Sussex | **Track:** | |

**Evidence Materials Examined:**

Envelopes A through F are each sealed, initialed, and dated.

**Evidence Description:**

A. One plastic bag containing an off-white substance with a net weight of 2.92 grams.
B. One plastic bag containing plant material with a net weight of 1.90 grams.
C. Six plastic bags each containing plant material with a total net weight of 9.68 grams.
D. One plastic bag containing an off-white substance with a net weight of 54.94 grams.
E. Three plastic bags each containing a white substance with a total net weight of 7.07 grams.
F. Two plastic bags each containing a white substance with a total net weight of 168.28 grams.

**Materials Analyzed:**

A,D.      Off-White Substance
B,C.(1-6)      Plant Material

E.(1-3),F.(1-2) White Substance

**Drugs Detected:**

Cocaine Base (Crack)
The evidence described above contains portions of the plant *Cannabis sativa* L.
Cocaine

_F. Daneshgar_      05/16/08
F. Daneshgar              Date
Forensic Chemist

Delaware Office of the Chief Medical Examiner
Forensic Sciences Laboratory
200 South Adams St.,
Wilmington, DE 19801