IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-005-SLR |
| ) | |
| TERRENCE ROSS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 16th day of July, 2008 having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, July 31, 2008** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

United States District Judge